# In the United States Court of Federal Claims

No. 14-877C
Filed: June 9, 2016

```
*******************************************
                                          *
AGUSTAWESTLAND NORTH AMERICA,             *
INC.,                                     *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant,                        *
                                          *
and                                       *
                                          *
AIRBUS HELICOPTERS, INC.                  *
                                          *
        Defendant-Intervenor.             *
                                          *
*******************************************
```

**ORDER**

The Government is ordered, by Friday, June 17, 2016, to complete the Administrative Record as follows:

1. Produce an affidavit from Shelley Muhammad, the Special Competitive Advocate, attesting to the precise date that he/she reviewed the December 10, 2015 J&A and whether he/she concurred with the contents, together with any documents reflecting his/her analysis of the December 10, 2015 Justification Review Document For Other Than Full And Open Competition.

2. Produce a copy of all information referred to in the Market Research Section of AR2806–07 and Section 8 Market Research on AR2918–19.

3. Produce a copy of all correspondence between the Army and Airbus in the fall of 2013 and June 2014 concerning or relating to Airbus's refusal to sell or lease Airbus's Technical Data Package ("TDP") for the UH-72 to the Army.

4. Produce a copy of the Subcontracting Plan referred to in 10 (c) at AR 2921.

2

5. Produce the underlying data and materials used in the Independent Government Estimates located at AR2879–80 and AR2908–11.

In addition, Airbus is ordered, by Friday, June 17, 2016, to supplement the Administrative Record as follows: all internal Airbus documents regarding the refusal to sell its TDP for the UH-72 to the Army.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**